IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DEZINE A. COSS | ) | Civil No. C09-5496 JRC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | MOTION FOR EXTENSION |
| v. | ) | OF TIME |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including December 24, 2009, to file Plaintiff's Opening Brief. It is further ORDERED that Defendant shall have to and including January 21, 2010, to file Defendant's Responsive Brief. It is further ORDERED that Plaintiff shall have to and including February 4, 2010, to file Plaintiff's Reply Brief. Oral argument shall be requested by February 11, 2010.

DATED this 2nd day of December 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER [C09-5496 JRC] -1