# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEZINE A. COSS

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5496JRC

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The administrative decision is affirmed.


  April 27, 2010                                        BRUCE RIFKIN
Date                                                      Clerk

                                                       *s/CM Gonzalez*
                                                      Deputy Clerk